IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN RE THE MATTER OF THE SEARCH OF:<br><br>**Records in the possession, custody, or control of AT&T Mobility, Sprint Corporation, T-Mobile US, and Verizon Wireless (the "Service Providers")** | Case No. 18-mr-00705 |

## UNITED STATES' MOTION TO UNSEAL
## SEARCH WARRANT AND RELATED DOCUMENTS

The United States of America respectfully requests that the Court unseal all documents in connection with the captioned matter, including the search warrant, application, affidavit, and any motions and orders to seal such documents. As grounds for this request, the United States asserts that the sealed documents were generated in the investigation of a matter that has been indicted in the United States District Court in the District of New Mexico in cause number 18-cr-3890, which is currently assigned to Judge Browning. The investigation in that matter is complete and no further arrests are expected to occur. Consequently, there exists no good cause to continue to seal the matter.

WHEREFORE, the United States respectfully requests that the Court unseal the captioned matter.

                                            Respectfully submitted,

                                            RYAN ELLISON
                                            United States Attorney

                                            /s/
                                            Jack E. Burkhead
                                            Sarah J. Mease
                                            Assistant United States Attorneys

P.O. Box 607
Albuquerque, N.M. 87103
(505) 224-1413

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system which caused defense counsel to be served by electronic means, as reflected on the Notice of Electronic Filing as indicated therein on June 25, 2025.

/s/
Jack E. Burkhead
Assistant United States Attorney

2